UNITED STATES DISTRICT COURT
Eastern District of North Carolina
Western Division

FILED

OCT 05 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY JAB DEP CLK

Nijel Lee Bey,
Plaintiff,
v.
Warden Waddell, et al.,
Defendants

File No. 5:26-CT-03236-BO

ORDER TO SHOW CAUSE FOR AN PRELIMINARY INJUNCTION & A TEMPORARY RESTRAINING ORDER

Upon the supporting affidavit/declaration of the plaintiff and the accompanying memorandum of law, it is:

ORDERED that defendant Warden Waddell of Maury Correctional Institution show cause in room ___ of the United States Courthouse, 310 New Bern Ave., Raleigh, North Carolina, on the ___ day of ___________, 2026, at ___ o'clock, why a

preliminary injunction should not issue pursuant to Rule 65(a) of the Federal Rules of Civil Procedure enjoining the defendants, their successors in office, agents and employees and all other persons acting in concert and/or participation with them, from releasing the plaintiff, Nijel Lee Bey, from administrative segregation and transferring him from out of their custody to another medium custody facility, as this court has previously already ordered.

IT IS FURTHER ORDERED that effective immediately, and pending the hearing and determination of this order to show cause, defendant Warden Waddell of Maury Correctional Institution and each of his officers, agents, employees, and all persons acting in concert and/or participation with them shall arrange for the plaintiff, Nijel Lee Bey, to be transferred to Franklin Correctional Center in Bunn, North Carolina for housing, and upon arrival to be examined by qualified medical personnel to evaluate the injuries the plaintiff suffered and continue to suffer from, an attack by two (2) other inmates on September 11th, 2026.

IT IS FURTHER ORDERED that this order to show cause, and all other papers attached to this application, shall be served on defendant Warden Waddell of Maury Correctional Institution by ______________, 2026,

and the United States Marshals Service is hereby directed to effectuate such service.

______________________________

United States District Judge

Dated: